Anthony Bernard PAGE, Petitioner–
Appellant,

v.

John TAYLOR, Warden; Sam Moore,
Unit Manager, Y Building; B.T. Mo-
head, Hearings Officer; W. Rivers,
Lieutenant, Sussex I State Prison;
Correctional Officer Pair, Guard, Sus-
sex I State Prison, Respondents–Ap-
pellees.

No. 01–6819.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 29, 2001.

Decided Dec. 5, 2001.

Anthony Bernard Page, pro se. Mark
Ralph Davis, Office of the Attorney Gener-
al of Virginia, Richmond, VA, for appel-
lees.

Before WIDENER, NIEMEYER, and
WILLIAMS, Circuit Judges.

PER CURIAM.

Anthony Bernard Page appeals the dis-
trict court's order denying relief on his
petition filed under 28 U.S.C.A. § 2254
(West 1994 & Supp.2001). We have re-
viewed the record and the district court's
opinion and find no reversible error. Ac-
cordingly, we deny leave to proceed in
forma pauperis, deny a certificate of ap-
pealability and dismiss the appeal on the
reasoning of the district court. *See Page
v. Taylor*, No. CA–00–377–AM (E.D. Va.

filed Apr. 11, 2001; entered Apr. 13, 2001).
We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
the court and argument would not aid the
decisional process.

*DISMISSED.*